IN RE DELK

No. 249PA93

Case below: 110 N.C.App. 310

Petition by N.C. State Bar for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.

KAPP v. KAPP

No. 273PA93

Case below: 110 N.C.App. 490

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.

MOSS v. J. C. BRADFORD AND CO.

No. 332PA93

Case below: 110 N.C.App. 788

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.

STATE v. HARRIS

No. 381P93

Case below: 111 N.C.App. 930

Petition by Attorney General for temporary stay allowed 24 September 1993 pending consideration and determination of the State's petition for discretionary review.

STATE v. PIPKINS

No. 335PA93

Case below: 111 N.C.App. 458

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.